IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>E-LOAN, INC., and DOES 1 through 10, inclusive,<br><br>    Defendant. | No. C 05-cv-02080 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

    ☐ Arbitration      ☐ ENE      ☑ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

    ☐ Private ADR *(please identify process and provider)*

---

Dated: 9/1/05      [signature]
                              Attorney for Plaintiff

Dated: 9/1/05      [signature]
                              Attorney for Defendant

IT IS SO ORDERED:

Dated: September 12, 2005     [signature — Judge Maria-Elena James]
                                 UNITED STATES DISTRICT JUDGE
                                 Magistrate

United States District Court
For the Northern District of California

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 08-26-05      [Typed name and signature of plaintiff]
                     John S. White

Dated: 8/26/05       [Typed name and signature of counsel for plaintiff]
                     Douglas Bowdoin

Dated: 8/31/05       [Typed name and signature of defendant]
                     Scott D. McKinlay

Dated: 9/1/05        [Typed name and signature of counsel for defendant]
                     RENA CHNG