IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE,<br><br>        Plaintiff,<br><br>  v.<br><br>E-LOAN INC.,<br><br>        Defendant.<br>                                        / | No. C 05-02080 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 10:30 a.m.p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2006.

DESIGNATION OF EXPERTS: 7/7/06; REBUTTAL: 7/21/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 22, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006;  Reply Due November 3, 2006;

    and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 6, 2007 at 3:30 PM.

JURY TRIAL DATE: February 20, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the pretrial filing deadlines to:
1. Motions In-Limine due 1/5/07, oppositions due 1/12/07
2. Pretrial Statement due 1/23/07

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/24/05

                                                SUSAN ILLSTON
                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE,<br><br>       Plaintiff,<br><br>  v.<br><br>E-LOAN INC.,<br><br>       Defendant.<br>                                      / | No. C 05-02080 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 19, 2005</u> at <u>10:30</u> a.m.p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 30, 2006</u>.

DESIGNATION OF EXPERTS: <u>7/7/06</u>; REBUTTAL: <u>7/21/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 22, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 13, 2006</u>;

    Opp. Due <u>October 27, 2006</u>; Reply Due <u>November 3, 2006</u>;

    and set for hearing no later than <u>November 17, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 6, 2007</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 20, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the pretrial filing deadlines to:
1. Motions In-Limine due 1/5/07, oppositions due 1/12/07
2. Pretrial Statement due 1/23/07

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/24/05

                                                                SUSAN ILLSTON
                                                                United States District Judge