MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin (SBN 141331)
Rena Chng (SBN 209665)
Matthew Titolo (SBN 239049)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Victoria R. Collado (admitted *pro hac vice*)
James C. Schroeder (admitted *pro hac vice*)
Jeffrey A. Berger (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7011
vcollado@mayerbrownrowe.com

Attorneys for Defendant E-LOAN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN S. WHITE, on behalf of himself and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>E-LOAN, INC.,<br><br>　　　　　　Defendant. | Case No. C-05-02080 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING STATUS CONFERENCE FOR AFTER COURT ISSUES RULING ON CLASS CERTIFICATION** |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff John White and Defendant E-Loan, Inc. ("E-Loan"), through their respective counsel of record that:

Whereas the Court heard oral arguments on Plaintiff's Motion for Class Certification on March 10, 2006;

Whereas the Court has not issued a ruling on Plaintiff's Motion for Class Certification;

Whereas under the Amended Pretrial Preparation Order entered on October 24, 2005 ("October 24 Order"), the fact discovery deadline of June 30, 2006, is fast approaching, as are the expert discovery and dispositive motion deadlines; and

Whereas the parties have agreed, in the interests of efficiency and economy, to jointly move the Court to defer the deadlines for fact and expert discovery and dispositive motions until after the Court issues a ruling on class certification;

The parties hereby jointly and respectfully request that the Court schedule a status conference within 14 days of issuance of a ruling on class certification, or at the Court's earliest convenience thereafter, to re-schedule the deadlines under the October 24 Order.

IT IS SO STIPULATED.

Dated: May 31, 2006  MAYER, BROWN, ROWE & MAW LLP

By: _____/s/ Rena Chng_____
RENA CHNG
Attorneys for Defendant E-LOAN, INC.

Dated: May 31, 2006

By: _____/s/ Gail Killefer_____
GAIL KILLEFER
Attorneys for Plaintiff JOHN WHITE

-1-

## **[PROPOSED] ORDER**

The Court, having reviewed the Stipulation, and finding good cause therefor, hereby orders that a status conference will take place ~~within 14 days after the Court issues a ruling on class certification or at the Court's earliest convenience.~~ Friday, August 4, 2006, at 2:30 p.m. A joint statement must be filed one week prior to the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Rena Chng hereby attests that Gail Killefer concurs in the filing of this document.*