| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
|   | Lee H. Rubin (SBN 141331) |
| 2 | Rena Chng (SBN 209665) |
|   | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
|   | Palo Alto, CA  94306 |
| 4 | Telephone:     (650) 331-2000 |
|   | Facsimile:      (650) 331-2060 |
| 5 | lrubin@mayerbrownrowe.com |
| 6 | MAYER, BROWN, ROWE & MAW LLP |
|   | Victoria R. Collado (admitted *pro hac vice*) |
| 7 | James C. Schroeder (admitted *pro hac vice*) |
|   | Jeffrey A. Berger (admitted *pro hac vice*) |
| 8 | 71 South Wacker Drive |
|   | Chicago, IL  60606 |
| 9 | Telephone:     (312) 782-0600 |
|   | Facsimile:      (312) 701-7011 |
| 10 | vcollado@mayerbrownrowe.com |
| 11 | Attorneys for Defendant E-LOAN, INC. |

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN S. WHITE, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E-LOAN, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C-05-02080<br><br>**NOTICE OF WITHDRAWAL OF MELISSA PASTRANA AS COUNSEL FOR DEFENDANT E-LOAN, INC.; [PROPOSED] ORDER GRANTING WITHDRAWAL** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5, Melissa Pastrana hereby withdraws as counsel for Defendant E-Loan, Inc. ("E-Loan") in the above-captioned action.

E-Loan has been advised of Ms. Pastrana's withdrawal.  E-Loan continues to be represented by the law firm of Mayer, Brown, Rowe & Maw LLP through its attorneys Lee Rubin, Victoria Collado, Rena Chng, James Schroeder, and Jeffrey Berger.

Dated: July 27, 2006                              MAYER, BROWN, ROWE & MAW LLP

By:           /s/ Rena Chng
                   Rena Chng

*Attorneys for Defendant E-Loan, Inc.*

### [PROPOSED] ORDER

Pursuant to Civil Local Rule 11-5, Melissa Pastrana is hereby relieved by Order of the Court and permitted to withdraw as counsel for Defendant E-Loan, Inc.

**IT IS SO ORDERED.**

Dated:    8/1/06                                  _Susan Illston_
                                                  The Honorable Susan Illston
                                                  United States District Judge