GAIL KILLEFER, ESQ. (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 362-8640
Facsimile: (415) 383-8545
Email: gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359)
Jill H. Bowman (Florida Bar No. 057304)
**JAMES HOYER NEWCOMER
 & SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Douglas Bowdoin (Florida Bar No. 316360) (appearance pro hac vice)
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 422-0025
Facsimile: (407) 843-2448

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE, <br> on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> E-LOAN, INC., and <br> DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: C 05-02080SI <br><br> **CLASS ACTION** <br><br> **PLAINTIFF AND DEFENDANT'S JOINT SUBMISSION OF THE PROPOSED MANNER AND FORM OF NOTICE TO CLASS MEMBERS** |

In Compliance with the Court's Order Granting Plaintiff's Motion for Class Certification, the parties met and conferred numerous times between August 25th and August

PLAINTIFF AND DEFENDANT'S JOINT SUBMISSION
OF PROPOSED MANNER AND FORM OF
NOTICE TO CLASS MEMBERS
CASE NO. C 05-02080 SI

Page 1

30th, and have reached agreement concerning the manner and form of notice to be provided to the Class. Defendant E-Loan will provide Plaintiff's counsel and/or a Claims Administrator selected by Plaintiff's counsel with the names and addresses of all Class Members. Plaintiff's Counsel and/or the Claims Administrator will update the addresses through the National Change of Address Database and other available resources and provide the agreed form of notice to Class Members by first class mail.

The Agreed form of the Notice is attached hereto as Exhibit A.

**DATED: August 31, 2006**          By: ___/s/ Gail Killefer_____
                                        **GAIL KILLEFER, ESQ.**

                                        **JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.**
                                        Terry A. Smiljanich
                                        Jill H. Bowman

                                        **DOUGLAS BOWDOIN, P.A.**

                                        **DARBY, PEELE, BOWDOIN & PAYNE**
                                        W. Roderick Bowdoin
                                        P. O. Drawer 1707
                                        Lake City, FL 32056
                                        Telephone: (386) 752-4120
                                        Facsimile: (386) 755-4569

                                        **LAW OFFICES OF J. CRAIG BOURNE**
                                        J. Craig Bourne
                                        1520 East Livingston Street
                                        Orlando, FL 32803
                                        Telephone: (407) 894-6750
                                        Facsimile: (407) 894-4735
                                        Attorneys for Plaintiff


                                     By: ___/s/ Victoria R. Collado_____
                                        MAYER, BROWN, ROWE & MAW LLP
                                        Lee H. Rubin (SBN 141331)
                                        Rena Chng (SBN 209665)
                                        Two Palo Alto Square, Suite 300
                                        3000 El Camino Real
                                        Palo Alto, CA 94306
                                        Telephone: (650) 331-2000
                                        Facsimile:  (650) 331-2060
                                        lrubin@mayerbrownrowe.com

PLAINTIFF AND DEFENDANT'S JOINT SUBMISSION
OF PROPOSED MANNER AND FORM OF                                    Page 2
NOTICE TO CLASS MEMBERS
CASE NO. C 05-02080 SI

|     |     |
| --- | --- |
| 1   |     |
| 2   | MAYER, BROWN, ROWE & MAW LLP |
| 3   | Victoria R. Collado (admitted *pro hac vice*)<br>James C. Schroeder (admitted *pro hac vice*) |
| 4   | Jeffrey A. Berger (admitted *pro hac vice*)<br>71 South Wacker Drive |
| 5   | Chicago, IL 60606<br>Telephone: (312) 782-0600 |
| 6   | Facsimile: (312) 701-7011<br>vcollado@mayerbrownrowe.com |
| 7   |     |
| 8   | Attorneys for Defendant E-LOAN, INC. |

**Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Gail Killefer hereby attests that Victoria Collado concurred in the filing of this document.**

PLAINTIFF AND DEFENDANT'S JOINT SUBMISSION
OF PROPOSED MANNER AND FORM OF
NOTICE TO CLASS MEMBERS
CASE NO. C 05-02080 SI