IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN S. WHITE,
       Plaintiff,

v.

E-LOAN INC.,
       Defendant.
                             /

No. C 05-02080 SI
**SECOND**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2006 at 10:30 a.m.p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 13, 2007.

DESIGNATION OF EXPERTS: 3/1/07; REBUTTAL: 3/15/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 13, 2007

DISPOSITIVE MOTIONS **SHALL** be filed by April 20, 2007;

    Opp. Due May 4, 2007; Reply Due May 11, 2007;

    and set for hearing no later than May 25, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 26, 2007 at 3:30 PM.

JURY TRIAL DATE: July 9, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall mail out class notice on 10/10/06. The Class exclusion deadline shall be 11/14/06.

The court continued the trial schedule as indicated above.

Counsel shall notify the Court as to the status of the near term ADR procedure that they wish to participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/11/06

*Susan Illston*

SUSAN ILLSTON
United States District Judge