**GAIL KILLEFER, ESQ.** (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 362-8640
Facsimile:  (415) 383-8545
Email:  gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359) (appearance pro hac vice)
Jill H. Bowman (Florida Bar No. 057304)
**JAMES HOYER NEWCOMER
  & SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL  33609
Telephone:  (813) 286-4100
Facsimile:  (813) 286-4174

Douglas Bowdoin (Florida Bar No. 316360) (appearance pro hac vice)
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 422-0025
Facsimile:  (407) 843-2448

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE,<br>on behalf of himself and those<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>E-LOAN, INC., and<br>DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____ | CASE NO.:  C 05-02080 SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME (1) IN WHICH TO MAIL OUT CLASS NOTICE; AND (2) FOR CLASS EXCLUSION DEADLINE** |

During mediation on October 4, 2006, the parties made significant progress towards reaching a settlement agreement in this case.  Accordingly, the parties agree to continue their discussions for another week and, for that reason, stipulate to an extension of time in which to

mail out the class notice from October 10, 2006, to **October 17, 2006**.  The parties further stipulate to an extension of the Class exclusion deadline from November 14, 2006, **to November 21, 2006.**

**IT IS SO STIPULATED:**

|  |  |
|---|---|
|  | JAMES HOYER NEWCOMER & SMILJANICH, P.A. |
| Dated: October 6, 2006 | /s/ Terry Smiljanich |
|  | Terry Smiljanich, Esq. |
|  | (Admitted *pro hac vice*) |
|  | Counsel for Plaintiffs |
|  |  |
|  | MAYER, BROWN, ROWE & MAW LLP |
| Dated: October 6, 2006 | /s/ Victoria R. Collado |
|  | Victoria R. Collado, Esq. |
|  | (Admitted *pro hac vice*) |
|  | Counsel for Defendant |

*Filer's Attestation:*  Pursuant to General Order No. 45, Section X(B), Rena Chng hereby attests that Terry Smiljanich and Victoria R. Collado concur in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

Honorable Susan Illston
U.S. District Court Judge

Stipulation and [Proposed] Order
Extending Time In Which to Mail Out Class Notice
And for Class Exclusion Deadline
Case No. C 05-02080 SI