GAIL KILLEFER, ESQ. (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 362-8640
Facsimile: (415) 383-8545
Email: gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359) (appearance pro hac vice)
Jill H. Bowman (Florida Bar No. 057304)
**JAMES HOYER NEWCOMER**
  **& SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Douglas Bowdoin (Florida Bar No. 316360) (appearance pro hac vice)
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 422-0025
Facsimile: (407) 843-2448

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. WHITE, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E-LOAN, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C 05-02080 SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CLASS NOTICE** |

The parties have reached a tentative settlement in this case and, accordingly, stipulate to a stay of the Order requiring that the Class Notice be sent on October 17, 2006. Plaintiff anticipates filing a motion for preliminary approval on November 16, 2006. The motion for

Stipulation and [Proposed] Order
Staying Class Notice
Case No. C 05-02080 SI

preliminary approval will contain a revised class notice, which would notify class members of the contemplated settlement. If the Court grants preliminary approval, the parties anticipate that further dates for class members to request exclusion and for final approval would be set by the Court and included in the revised Class Notice.

**IT IS SO STIPULATED:**

Dated: 10/17/06

/s/ Gail Killefer
Gail Killefer, Esq.
Counsel for Plaintiffs

MAYER, BROWN, ROWE & MAW LLP

/s/ Victoria R. Collado
Victoria R. Collado, Esq.
(Admitted *pro hac vice*)
Counsel for Defendant

**Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Gail Killefer hereby attests that Victoria Collado concurred in the filing of this document.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

_____
Honorable Susan Illston
U.S. District Court Judge