1  **GAIL KILLEFER, ESQ.** (California Bar No. 157248)
   417 Montgomery Street, Suite 300
2  San Francisco, CA 94104
   Telephone: (415) 362-8640
3  Facsimile: (415) 383-8545
4  Email: gkillefer@aol.com

5  Terry Smiljanich (Florida Bar No. 145359) (appearance pro hac vice)
   Jill H. Bowman (Florida Bar No. 057304)
6  **JAMES HOYER NEWCOMER**
7    **& SMILJANICH, P.A.**
   4830 West Kennedy Boulevard, Suite 550
8  Tampa, FL 33609
   Telephone: (813) 286-4100
9  Facsimile: (813) 286-4174

10
   Douglas Bowdoin (Florida Bar No. 316360) (appearance pro hac vice)
11 **DOUGLAS BOWDOIN, P.A.**
   255 South Orange Avenue, Suite 800
12 Orlando, FL 32801
   Telephone: (407) 422-0025
13 Facsimile: (407) 843-2448
14
   Attorneys for Plaintiffs
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| JOHN S. WHITE, on behalf of himself and those similarly situated, | CASE NO.: C 05-02080 SI |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING SECOND HEARING FOR ENTRY OF FINAL APPROVAL ORDER ON PROPOSED SETTLEMENT** |
| E-LOAN, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1715, notice of the settlement in this action must be provided to the Attorney General of the United States and the state attorneys general of each state in which a class member resides. Under § 1715(d), an order giving final approval of a proposed settlement may not be issued until 90 days after the notice has been given.

Stipulation and [Proposed] Order
Setting Second Hearing For Entry Of Final Approval Order On Proposed Settlement
Case No. C 05-02080 SI

It is Defendant's obligation to provide the notice and Defendant is prepared to send the notice immediately, but the parties recognize that the final approval order cannot be entered until 90 days after the federal and state officials receive the § 1715 notice.

The final approval hearing in this case is scheduled for March 2, 2006. Notice has been provided to class members of the March 2, 2006 final approval hearing. The parties would prefer not to cancel this hearing date. To date, no class member has filed an appearance or indicated that they wish to participate in the final approval hearing. Class members have until February 20, 2007 to object and/or file their appearances.

The parties propose that the Court keep the scheduled final approval hearing on March 2, 2007, set a separate hearing 90 days out (in mid-May) for any comments on the settlement by federal or state officials, and enter the final approval order on the proposed settlement only after the date of the second hearing. The parties propose that the § 1715 notice include notice of this second hearing date, which would provide the federal and state officials with the full 90-day statutory allotted time to act on the proposed settlement in the manner they deem appropriate.

For the foregoing reasons, the parties propose that the Court schedule a hearing on entry of the final approval order for May 11, 2007 (if this order is entered prior to February 9, 2007) or May 18, 2007 (if this order is entered between February 9 and February 16, 2007).

**IT IS SO STIPULATED:**

Dated: February 6, 2007

/s/ Gail Killefer
Gail Killefer, Esq.
Counsel for Plaintiffs

MAYER, BROWN, ROWE & MAW LLP

Dated: February 6, 2007

/s/ Victoria R. Collado
Victoria R. Collado, Esq.
(Admitted *pro hac vice*)
Counsel for Defendant

*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Gail Killefer hereby attests that Victoria Collado concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

For purposes of 28 U.S.C. § 1715(d), the Court hereby schedules a hearing on the entry of the final approval order for May ___11 2007 at ___9:00 a.m.___ .

Dated: _____

Honorable Susan Illston
U.S. District Court Judge